The Honorable John C. Coughenour

UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

UNITED STATES OF AMERICA,

                    Plaintiff,

          v.

MATTHEW LOREN HARBERT,
   aka Heartcore Mythndary Muun,

                    Defendant.

NO. CR26-011-JCC

[~~PROPOSED~~] ORDER GRANTING
JOINT MOTION TO EXTEND DEADLINE
FOR PRETRIAL MOTIONS

THIS COURT has considered the parties Joint Motion to Extend Deadline for Pretrial

Motions (**dkt 16**).  Based on the Motion submitted therewith, the Court hereby ORDERS as

follows:

The parties Join Motion to Extend Deadline for Pretrial Motions is GRANTED. The due date

for pretrial motions is extended from February 19, 2026, to February 26, 2026.

//

//

//

Order Granting Joint Motion to Extend Deadline for Pretrial Motions
*United States v. Harbert aka Munn*, CR26–011 JCC- 1

UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5220
SEATTLE, WASHINGTON 98101
(206) 553-7970

Dated this 12th day of February, 2026.

JOHN C. COUGHENOUR
United States District Judge

Order Granting Joint Motion to Extend Deadline for Pretrial Motions
*United States v. Harbert aka Munn*, CR26–011 JCC- 2

UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5220
SEATTLE, WASHINGTON 98101
(206) 553-7970