Hon. John C. Coughenour

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>HEARTCORE MYTHNDARY MUUN, a/k/a MATTHEW HARBERT,<br><br>Defendant. | No. CR 26 – 011 JCC<br><br>[~~PROPOSED~~] ORDER GRANTING DEFENDANT'S UNOPPOSED *PRO SE* MOTION TO CONTINUE HEARING DATE & BRIEFING SCHEDULE RE: MOTION TO WITHDRAW GUILTY PLEA |

Defendant's Unopposed *Pro Se* Motion to Continue Hearing & Deadlines (**dkt. no. 46**) came on regularly for hearing, and, the Court being fully advised, GRANTS the motion (**and adopts as its own finding(s) the representations contained therein**), and ORDERS that Defendant's anticipated motion to withdraw guilty plea shall be heard on **December 15, 2026, at 9:00 a.m.,** and FURTHER ORDERS that Defendant's motion be filed by **November 30, 2026**, with the government's response due **December 7, 2026**.

//

//



HEARTCORE MYTHNDARY MUUN
*Pro Se Defendant*
Registration No. 48689-086
Federal Detention Center
Post Office Box 13900
Seattle, WA 98198-1090

ORDERED this 3rd day of September 2026.

________________________________

Hon. John C. Coughenour
U.S. District Court Judge

Presented by:

LAW OFFICES OF STEPHAN R. ILLA

Stephan R. Illa
WSBA No. 15793
Standby Hybrid Counsel for Defendant



HEARTCORE MYTHNDARY MUUN
*Pro Se Defendant*
Registration No. 48689-086
Federal Detention Center
Post Office Box 13900
Seattle, WA 98198-1090