THE HONORABLE JOHN C. COUGHENOUR

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA,<br>Plaintiff,<br>v.<br>MATTHEW LOREN HARBERT a/k/a HEARTCORE MYTHNDARY MUUN,<br>Defendant. | CASE NO. CR26-0011-JCC<br>ORDER |

This matter comes before the Court on Defendant's *pro se* motion dismiss (Dkt. No. 60), which the Court DENIES.[1] The motion suggests, amongst other things, that the charges in this matter should be dismissed because the "government" and by extension this Court has no "jurisdiction or authority" over Defendant. (*Id.* at 1–2.) The motion is meritless, as the Court does indeed have jurisdiction to adjudicate the charges brought here. *See, e.g.*, 18 U.S.C. § 3231 (providing the Court with "original jurisdiction . . . of all offenses against the laws of the United States"); *see also United States v. Marks*, 530 F.3d 799, 809–11 (9th Cir. 2008) (describing the Court's personal jurisdiction over Defendant). Thus, the motion is DENIED.

[1] The Court further DENIES Defendant's request for oral argument on the motion, as it is unnecessary to adjudicate what is a clearly frivolous motion. *See* Marks, 530 F.3d at 809 (finding a district court hearing unnecessary in a similar instance).

DATED this 14th day of October 2026.

John C. Coughenour
UNITED STATES DISTRICT JUDGE